# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

139987

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

JAMES WILLIAMS,
  Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139987
COA: 292009
Wayne CC: 05-011964-01

   On order of the Court, the application for leave to appeal the September 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

s0517